# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

JESSE BRAY,

      Plaintiff,                  :         Case No. 3:06-cv-336

                                       District Judge Thomas M. Rose
    -vs-                            Chief Magistrate Judge Michael R. Merz

                              :

FUEL SYSTEMS, LLC, et al.,

      Defendant.

## REPORT AND RECOMMENDATIONS

On February 20, 2007, District Judge Rose filed a Preliminary Pretrial Order setting deadlines in this case and referred it to the undersigned to monitor compliance (Doc. No. 10). The case was stayed for one month on April 5, 2007, to allow Plaintiff to obtain new counsel, but no attorney has entered an appearance on Plaintiff's behalf. Plaintiff has also failed to file a lay witness list as required by Judge Rose's Order.

Noting these deficiencies, the Court ordered Plaintiff to show cause not later than June 1, 2007, why this case should not be dismissed without prejudice for failure to file a lay witness list. Plaintiff has not responded and the Postal Service has returned the show cause order as undeliverable at the address on file by Plaintiff with the Court.

It is therefore recommended that this case be dismissed without prejudice for want of prosecution and failure to comply with the scheduling order.

June 1, 2007.

                                              s/ **Michael R. Merz**
                                              Chief United States Magistrate Judge

## NOTICE REGARDING OBJECTIONS

Pursuant to Fed. R. Civ. P. 72(b), any party may serve and file specific, written objections to the proposed findings and recommendations within ten days after being served with this Report and Recommendations.  Pursuant to Fed. R. Civ. P. 6(e), this period is automatically extended to thirteen days (excluding intervening Saturdays, Sundays, and legal holidays) because this Report is being served by one of the methods of service listed in Fed. R. Civ. P. 5(b)(2)(B), (C), or (D) and may be extended further by the Court on timely motion for an extension.  Such objections shall specify the portions of the Report objected to and shall be accompanied by a memorandum of law in support of the objections.  If the Report and Recommendations are based in whole or in part upon matters occurring of record at an oral hearing, the objecting party shall promptly arrange for the transcription of the record, or such portions of it as all parties may agree upon or the Magistrate Judge deems sufficient, unless the assigned District Judge otherwise directs.  A party may respond to another party's objections within ten days after being served with a copy thereof.  Failure to make objections in accordance with this procedure may forfeit rights on appeal.  *See United States v. Walters*, 638 F. 2d 947 (6th Cir., 1981); *Thomas v. Arn*, 474 U.S. 140, 106 S. Ct. 466, 88 L. Ed. 2d 435 (1985).