# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION AT DAYTON

JESSE BRAY,

    Plaintiff,     :   Case No. 3:06-cv-336

                 District Judge Thomas M. Rose
  -vs-          Chief Magistrate Judge Michael R. Merz

             :

FUEL SYSTEMS, LLC, et al.,

    Defendants.

---

## ORDER ADOPTING SUPPLEMENTAL REPORT AND RECOMMENDATIONS ON DEFENDANTS' SUMMARY JUDGMENT MOTION

---

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. No. 24) and the Magistrate Judge's Supplemental Report and Recommendations (Doc. No. 30). Although Plaintiff objected to the original Report, he has filed no objections to the Supplemental Report and the time for filing such objections under Fed. R. Civ. P. 72(b) expired on October 5, 2007. The Supplemental Report and Recommendations are therefore adopted and this case is ordered dismissed with prejudice as barred by the statute of limitations.

The Clerk will enter judgment in accordance with this Order.

October 10, 2007.       **s/THOMAS M. ROSE**

            _____
               Thomas M. Rose
              United States District Judge